# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Kola Adetola,

              Plaintiff,        Case No. 1:19-cv-05647

v.                             Michael L. Brown
                                       United States District Judge

Credit First Bank,

              Defendant.

_____/

## ORDER

Plaintiff Kola Adetola sues Defendant Credit First Bank, alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and the Fair Credit Reporting Act, 15 U.S.C. § 1681. (Dkt. 3.) The Magistrate Judge found Plaintiff's proposed complaint did not provide enough detail of his claims and thus failed to state a claim.[1] (Dkt. 2 at 2.) The Magistrate Judge permitted Plaintiff to amend his complaint, giving

---

[1] Plaintiff submitted a form complaint in which he filled in no information. (Dkt. 3.) Plaintiff has filed three other lawsuits against different banks in which he left the complaint blank. *See Adetola v. First Financial Bank*, 1:19-cv-05650 (N.D. Ga. 2019); *Adetola v. Discover Bank*, 1:19-cv-05649 (N.D. Ga. 2019); *Adetola v. Barclays Bank Delaware*, 1:19-cv-05648 (N.D. Ga. 2019).

Plaintiff until January 10, 2020, to do so.  Plaintiff neither amended his complaint nor filed anything else.

The Magistrate Judge recommends dismissing Plaintiff's complaint for the failure to follow a court order.  *See* Fed. R. Civ. P. 41(b); *Hickman v. Hickman*, 563 F. App'x 742, 744 (11th Cir. 2014).  Plaintiff did not object to the Magistrate Judge's recommendation.  Where no party files an objection to the R&R, the Court reviews the record for plain error. *See United States v. Slay*, 714 F.2d 1093, 1095 (11th Cir. 1983) (per curiam). The Court agrees with the Magistrate Judge — Plaintiff's complaint failed to sufficiently substantiate his claims and should be dismissed since he failed to amend his complaint.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 4) and **DISMISSES WITHOUT PREJUDICE** the Complaint (Dkt. 3).

**SO ORDERED** this 26th day of March, 2020.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE